Name & Address:
Bin Li (CA Bar No: 223126)
Law Offices of Bin Li & Associates
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Tel: (909) 861-6880

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESQUIRE PROPERTIES TRADING, INC., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br>Starmax Enterprises<br>See Attachment<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV14-9379 MMM AJWx**<br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____ Bin Li _____, whose address is 730 N. Diamond Bar Blvd., Diamond Bar, CA 91765 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __12-5-14__     By: __CHRIS SAWYER__
                          Deputy Clerk
                          (Seal of the Court)
                          1149

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                    SUMMONS

Bin Li, Esq. (SBN 223126)
usbinli@sbcglobal.net
**LAW OFFICES OF BIN LI & ASSOCIATES, APLC**
730 North Diamond Bar Boulevard
Diamond Bar, California 91765
telephone: (909) 861-6880
facsimile: (909) 861-8820

Attorney for Plaintiff
ESQUIRE PROPERTIES TRADING, INC.

UNITED STATES DISCTICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESQUIRE PROPERTIES TRADING, INC., a California corporation;, <br><br> Plaintiffs, <br><br> v. <br><br> STARMAX ENTERPRISES, INC., a California corporation, dba "Starmax Cash & Carry" and "Hookah King"; US GLOBAL IMPORT, INC., a California corporation; and, DOES 1 through ~~50~~ 10 <br><br> Defendants. | Case No: <br><br> **COMPLAINT FOR COUNTERFEITING, AND TRADEMARK AND TRADE DRESS INFRINGEMENT** <br><br> TO BE FILED UNDER SEAL[1] |

---

[1] Plaintiff requests that this case be filed under seal so as not to alert the Defendants or other involved parties of the filing of this civil action. The Motion to file this action under seal, an Application seeking an ex parte seizure order, a temporary restraining order, and preliminary injunction, an *ex parte* application seeking expedited discovery, and a motion to appoint counsel as substitute custodians are being filed concurrently herewith.