Bin Li, Esq. (SBN 223126)
 *usbinli@sbcglobal.net*
**LAW OFFICES OF BIN LI & ASSOCIATES, APLC**
730 North Diamond Bar Boulevard
Diamond Bar, California 91765
telephone: (909) 861-6880
facsimile: (909) 861-8820

Attorney for Plaintiff
ESQUIRE PROPERTIES TRADING, INC.

Tatum Hilmoe, Esq. (SBN 225170)
 *thilmoe@hilmoelaw.com*
**TATUM HILMOE, PC**
515 South Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (800) 941-4807
Facsimile: (858) 386-4393

Attorney for Defendants
STARMAX ENTERPRISES, INC., and US GLOBAL IMPORT, INC.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESQUIRE PROPERTIES TRADING, INC., a California corporation;, <br><br>    Plaintiffs, <br><br> v. <br><br> STARMAX ENTERPRISES, INC., a California corporation, dba "Starmax Cash & Carry" and "Hookah King"; US GLOBAL IMPORT, INC., a California corporation; and, DOES 1 through 50. <br><br>    Defendants. | Case No:  2:14-cv-09379-MMM-AJW <br><br> **STIPULATION EXTENDING TIME FOR STARMAX ENTERPRISES, INC. AND US GLOBAL IMPORT, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NO MORE THAN 30 DAYS** <br> [Local Rule 8-3] <br><br> Complaint served:    Dec. 18, 2014 <br> Current Response Date:    Jan. 8, 2015 <br> New Response Date:    Jan. 29, 2015 |

1    WHEREAS, on December 5, 2014, plaintiff Esquire Properties Trading, Inc. ("Plaintiff" or "EPT") filed a Complaint in the United States District Court for the Central District of California;

4    WHEREAS, the Complaint was served on defendants Starmax Enterprises, Inc. and US Global Import, Inc. on December 18, 2014;

6    WHEREAS, defendants Starmax Enterprises, Inc.'s and US Global Import, Inc.'s (the "Stipulating Defendants") responsive pleading would have been due on January 8, 2015 pursuant to Rule 12 of the Federal Rules of Civil Procedure;

9    WHEREAS, Plaintiff has stipulated to a 21-day extension of time for Stipulating Defendants to respond to the Complaint;

11   NOW THEREFORE, Plaintiff and the Stipulating Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before **January 29, 2015**.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Date: January  16 , 2015          LAW OFFICES OF BIN LI, PLC

/s/  Bin Li
by Bin Li, Esq.
Attorneys for Plaintiff
ESQUIRE PROPERTIES TRADING, INC.

/ / /

/ / /

-1-

STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NO MORE THAN 30 DAYS

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | | |
| 3 | Date: January __16__, 2015 | TATUM HILMOE, PC |
| 4 | | |
| 5 | | /s/  Tate Hilmoe_____ |
| 6 | | by Tate Hilmoe, Esq.<br>Attorney for Defendants |
| 7 | | STARMAX ENTERP., INC. and US GLOBAL IMPORT, INC. |
| 8 | | |

-2-

STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NO MORE THAN 30 DAYS